United States District Court
Southern District of Texas
FILED

JAN 09 2013

David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| VS. | § CRIMINAL ACTION NO. 5:12-CR-539 |
| ALEXIS CINCADE WASHINGTON | § |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation. (Dkt. 31.) Thereby, the Magistrate Judge recommends that Defendant ALEXIS CINCADE WASHINGTON's motion to suppress (Dkt. 20) be denied. Having reviewed Defendant's objections (Dkt. 37), the record, and the applicable law, the Court now determines that the Report (Dkt. 31) should be ACCEPTED. Accordingly, Defendant's motion to suppress (Dkt. 20) is hereby DENIED. The Court will issue a memorandum detailing the reasons for its decision at a later time.

A final pretrial conference is hereby scheduled in this case before Magistrate Judge Scott Hacker in Courtroom 2C on **Friday, January 11, 2013 at 11:00 a.m.**

IT IS SO ORDERED.

SIGNED this 9th day of January, 2013.

Diana Saldaña
United States District Judge